UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CONELL BROGDON,

                Plaintiff,

        -against-                    16-cv-8076 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiff objects to the report and recommendation of Magistrate Judge Robert Lehrburger, which recommended that defendants' motion for summary judgment dismissing the complaint be granted. To the extent that plaintiff objects, without specificity, to the entirety of the report and recommendation, the objections are overruled substantially for the reason stated at page 2 of defendants' response. To the extent that he makes specific objections, we review de novo. 28 U.S.C. § 636(b)(1)(A); *Shah v. Helen Hayes Hospital,* 252 Fed. Appx. 364 (2d Cir. 2007). Finding no error, the specific objections are overruled and the motion for summary judgment granted.

      SO ORDERED.

Dated:     September 30, 2018

                                                  Lewis A. Kaplan
                                              United States District Judge